# United States District Court

| CENTRAL | DISTRICT OF | ILLINOIS |
|---|---|---|

E-FILED
Thursday, 07 February, 2008 02:14:41 PM
Clerk, U.S. District Court, ILCD

FILED
FEB 7 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.                                    **CRIMINAL COMPLAINT**

**ROBERTO ORTIZ-ESTRADA**           CASE NUMBER: 08- 6402

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about February 3, 2008, at Henry County, in the Central District of Illinois, the defendant,

**ROBERTO ORTIZ-ESTRADA**

did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance,

all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

I further state that I am a Special Agent with the Drug Enforcement Administration, and that this Complaint is based on the following facts:

See attached Affidavit in Support of Complaint which is made a part hereof.

Continued on the attached sheet and made a part hereof:    ☒ Yes ☐ No

S/Jay Bump
_____
Signature of Complainant
Jay L. Bump, Special Agent
Drug Enforcement Administration

Sworn to before me and subscribed in my presence,

February 7, 2008                              at    Rock Island, Illinois
_____                                    _____
Date                                                City and State

                                                    S/Thomas J. Shields
Thomas J. Shields, U.S. Magistrate Judge            _____
Name & Title of Judicial Officer                    Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Jay L. Bump, of lawful age, being first duly sworn on oath, state the following:

1. I am a Special Agent with the Drug Enforcement Administration (DEA), and have been continuously so employed since February of 2001. I have attended numerous training classes pertaining to drug conspiracy and financial investigations. Prior to my employment with DEA, I was a Deputy for the Rock Island County Sheriff's Department in Illinois for approximately seven years. During that time I served in the Patrol Division and was assigned to the Federal Bureau of Investigation's Quad City Federal Gang Task Force for approximately three years. During that time, my work consisted of investigating federal drug conspiracy cases involving gang members. At the Sheriff's Department, I eventually attained the rank of Sergeant.

2. I am aware of the following information through personal investigation and discussions with other law enforcement officers. This affidavit is being provided for the limited purpose of establishing probable cause in support of a criminal complaint; it is not intended to be an exhaustive summary of all information known to me concerning this case.

3. On February 3rd, 2008, at approximately 8:18 a.m., an Illinois State Police trooper conducted a traffic stop on a 2004 Nissan Armada bearing Pennsylvania registration DMM2070 for speeding on Interstate 80, (eastbound), in the area of milepost 18 near Geneseo, Illinois. The driver of the vehicle was identified as Roberto C. Ortiz-Estrada.

4. The trooper issued Ortiz-Estrada a written warning for speeding. After the trooper issued the warning, he told Ortiz-Estrada that he was free to leave. The trooper then requested Ortiz-Estrada's permission to search the vehicle. Ortiz-Estrada stated that there was nothing illegal in the vehicle and gave the trooper permission to search the vehicle.

5. Upon searching the vehicle, the trooper located two kilograms of cocaine in the air filter of the vehicle. Ortiz-Estrada and the passenger were taken into custody.

6. Ortiz-Estrada gave a post-*Miranda*, post-arrest statement admitting that he had driven from Erie, Pennsylvania, to Des Moines, Iowa, picked up the two kilograms of cocaine, and hidden them in his vehicle. Ortiz-Estrada also admitted that he was transporting the cocaine back to Erie, Pennsylvania.

7. Based on the foregoing, I have reason to believe that Ortiz-Estrada possessed with intent to distribute at least 500 grams of a mixture and substance containing cocaine.

S/Jay Bump
Jay L. Bump, Special Agent
Drug Enforcement Administration

Sworn to before me and subscribed
In my presence this 7th day
of February, 2008, in Rock Island, Illinois,

S/Thomas J. Shields
Thomas J. Shields
United States Magistrate Judge