AO 470 (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

__CENTRAL__ District of __ILLINOIS__

FILED
FEB 11 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA | ORDER OF TEMPORARY DETENTION |
|---|---|
| V. | PENDING HEARING PURSUANT TO BAIL REFORM ACT |

__Roberto Ortiz-Estrada__
*Defendant*

Case Number: __08-6402__

Upon motion of the __United States Government__, it is ORDERED that a detention hearing is set for __2-13-08__ * at __2:45 PM__ __Wednesday__
                                                    *Date*                        *Time*

before __U.S. Magistrate Judge John A. Gorman__
                        *Name of Judicial Officer*

__211 19th Street, Rock Island, IL__
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal)
(_____) and produced for the hearing.
                *Other Custodial Official*

Date: __February 11, 2008__                    S/Thomas J. Shields
                                                                *Judge*

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.