E-FILED
Tuesday, 26 February, 2008 02:42:56 PM
Clerk, U.S. District Court, ILCD

**FILED**

FEB 2 6 2008

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS
### AT ROCK ISLAND

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 08-40013 |
| v. | ) | |
| | ) | VIO:  Title 21, United States Code, |
| ROBERTO ORTIZ-ESTRADA, | ) | Sections 841 and 846 |
| | ) | |
| Defendant. | ) | |

### INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
### (CONSPIRACY TO DISTRIBUTE COCAINE)

From on or about 2005 to on or about February 3, 2008, in Henry County, in the Central District of Illinois, and elsewhere, the defendant,

### ROBERTO ORTIZ-ESTRADA,

did conspire with persons known and unknown to the Grand Jury to commit an offense under Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), that is, to knowingly and intentionally distribute and possess with intent to distribute at least 5 kilograms of a mixture and substance containing a detectible amount of cocaine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Section 846.

## COUNT TWO
### (POSSESSION WITH INTENT TO DISTRIBUTE COCAINE)

On or about February 3, 2008, in Henry County, in the Central District of Illinois, the defendant,

### ROBERTO ORTIZ-ESTRADA,

did knowingly and intentionally possess with intent to distribute at least 500 grams of a mixture and substance containing a detectible amount of cocaine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

### A TRUE BILL

S/Foreperson

**FOREPERSON**

S/Bradley Murphy

**RODGER A. HEATON**
**UNITED STATES ATTORNEY**
**JKM**

-2-