E-FILED
Monday, 10 March, 2008  11:37:19 AM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

vs.

ROBERTO ORTIZ-ESTRADA,

**FILED**
MAR 1 0 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

WARRANT FOR ARREST

CASE NO. 08-6402
08-40013

TO: THE UNITED STATES MARSHAL and any
AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest  Roberto Ortiz-Estrada,

and bring him forthwith to the nearest magistrate to answer a Complaint, charging:

**POSSESSION WITH INTENT TO DISTRIBUTE COCAINE**

On or about February 3, 2008, in Henry County, in the Central District of Illinois, the defendant,

**ROBERTO ORTIZ-ESTRADA,**

did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance,

all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

| | |
|---|---|
| Thomas J. Shields | U.S. Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| S/Thomas J. Shields | February 7, 2008, Rock Island, Illinois |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ __Pre-trial Detention__  by __Thomas J. Shields, U.S. Magistrate Judge__
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at _Henry Co_ | | |
| Date Received 02/08/08 | Name of Arresting Officer _Jay Ball_ | Signature of Arresting Officer S/L. Hollis |
| Date of Arrest 02/11/08 | Title of Arresting Officer _DET_ | |

WARRANT.FRM