IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:08-cr-40013 |
| | ) |
| ROBERTO ORTIZ-ESTRADA , | ) |
| | ) |
| Defendant. | ) |

## MOTION TO TRAVEL

COMES NOW Defendant, Roberto Ortiz-Estrada , by and through counsel, John P. Rogers, and moves this court to permit Mr. Ortiz-Estrada to travel on business to Buffalo, New York.  In support of this motion,  Mr. Ortiz-Estrada states as follows:

1. Mr. Ortiz-Estrada is employed as a lawn technician with Persalawn, 1863, E. 12th Street, Erie, Pennsylvania 1016510, (814) 454-4333.

2. Beginning Wednesday, March 19, 2008, Mr. Ortiz-Estrada is required to travel with Persalawn to Buffalo, New York.  Persalawn maintains several job sites in Buffalo, New York.

3. Mr. Ortiz-Estrada is required to make said trip approximately one time per week. None of Mr. Ortiz-Estrada's employment trips will require an over night stay, and he will always return the same day to Erie, Pennsylvania.

WHEREFORE, Defendant respectfully requests this Honorable Court grant this motion and permit Defendant to travel with Persalawn to Buffalo, New York beginning on Wednesday, March 19, 2008.

Respectfully Submitted,

ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC


By:     /S/ John. P. Rogers
        John P. Rogers
        Attorney for Defendant
        120 S. Central Avenue, Suite 130
        Clayton, Missouri 63105
        (314) 862-4332/Facsimile 862-8050

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 4:08-cr-40013 ) |
| ROBERTO ORTIZ-ESTRADA, | ) ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2008, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. John K. Mehochko, Assistant United States Attorney.

                                        Respectfully Submitted,

                                        ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC

By:    /S/ John. P. Rogers
          John P. Rogers
          Attorney for Defendant
          120 S. Central Avenue, Suite 130
          Clayton, Missouri 63105
          (314) 862-4332/Facsimile 862-8050

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:08-cr-40013 |
| | ) |
| ROBERTO ORTIZ-ESTRADA , | ) |
| | ) |
| Defendant. | ) |

**ORDER**

**IT IS HEREBY ORDERED**, that beginning Wednesday, March 19, 2008, Mr. Roberto Ortiz-Estrada be permitted to travel with his employer Persalawn to Buffalo, New York.

**SO ORDERED:**

_____

Date: _____