E-FILED
Tuesday, 18 March, 2008  02:12:47 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No.  08-40013 |
| ) | |
| ROBERTO ORTIZ-ESTRADA ) | |
| Defendant ) | |

**ORDER**

    IT IS HEREBY ORDERED, that Defendant Ortiz-Estrada may travel, with his employer, from Erie, Pennsylvania to Buffalo, New York, for employment purposes with his employer. Travel dates are to be approved in advance by the supervising officer, who may adjust the defendant's curfew hours to meet the needs of this employment.

So Ordered:

March 18, 2008

s/ John A. Gorman
John A. Gorman
U.S. Magistrate Judge