E-FILED
Tuesday, 01 April, 2008 03:16:32 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff | )<br>)<br>)<br>) CASE NO. 08-40013<br>) |
| **Roberto Ortiz Estrada**<br>Defendant | )<br>) |

FILED
APR 1 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **3:30 p.m.** on **Friday, May 2, 2008.**

This matter is set for Jury Trial at 9:00 A.M. on **Monday, June 9, 2008**

at

Rock Island, Illinois

before the Honorable Joe B. McDade, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 1st day of April, 2008.

s/ John A. Gorman

JOHN A. GORMAN
U.S. MAGISTRATE JUDGE