E-FILED
Wednesday, 16 April, 2008  10:19:17 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 4:08-cr-40013 |
| ROBERTO ORTIZ ESTRADA, | ) |
| Defendant. | ) |

## WAIVER OF SPEEDY TRIAL

COMES NOW Defendant, Robert Ortiz-Estrada, and hereby executes this Waiver of Speedy Trial as set out in Title 18, §3161, United States Code.

Defendant further states to the Court that he believes that the ends of justice would best be served by executing said waiver and such waiver would outweigh the best interest of the public and the Defendant to a speedy trial.

WHEREFORE, Defendant moves this Court to accept this waiver as set out above.

Respectfully submitted,

ROSENBLUM, SCHWARTZ, ROGERS & GLASS, P.C.

/S/ Roberto Ortiz Estrada
Roberto Ortiz Estrada, Defendant

/S/ John P. Rogers
JOHN P. ROGERS
Attorney for Defendant
120 South Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332/Facsimile 862-8050

Dated: 04/05/08

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:08-cr-40013 |
| | ) |
| ROBERTO ORTIZ ESTRADA, | ) |
| | ) |
| Defendant. | ) |

# CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2008, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. John K. Mehochko, Assistant United States Attorney.

**Waiver of Speedy Trial**

ROSENBLUM, SCHWARTZ , ROGERS & GLASS, P.C.

By:  /S/ John P. Rogers
JOHN P. ROGERS
Attorney for Defendant
120 South Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332/Facsimile 862-8050