UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 4:08-cr-40013 ) |
| ROBERTO ORTIZ ESTRADA, | ) ) |
| Defendant. | ) |

### MOTION TO CONTINUE

COMES NOW Defendant, by and through his attorney, John P. Rogers, and respectfully requests a continuance of the above-styled cause from the Court's trial docket of May 5, 2008 for the reason that discovery in this matter has not yet been provided to the Defendant.

Defendant Ortiz-Estrada includes a signed Waiver of Speedy Trial.

Defendant further requests this matter be continued from the Court's pretrial docket of April 21, 2008.

Respectfully submitted,

ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC

By:   /S/ John P. Rogers
      JOHN P. ROGERS
      Attorney for Defendant
      120 S. Central Avenue, Suite 130
      Clayton, Missouri 63105
      (314) 862-4332/Facsimile 862-8050

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:08-cr-40013 |
| | ) |
| ROBERTO ORTIZ ESTRADA, | ) |
| | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2008, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. John K. Mehochko, Assistant United States Attorney.

**Motion to Continue**

ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC

By:    /S/ John P. Rogers
JOHN P. ROGERS
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332/Facsimile 862-8050