IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) **Filed Under Seal** |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:08-cr-40013 |
| | ) |
| ROBERTO ORTIZ-ESTRADA , | ) |
| | ) |
| Defendant. | ) |

**ORDER**

The above-styled cause having come before the Court upon the motion of Defendant Roberto Ortiz-Estrada to modify his conditions of release, said motion is granted. Defendant's curfew is modified from 8:00 P.M. - 5:00 A.M. to a curfew of 12:00 A.M. - 5:00 A.M..

**IT IS SO ORDERED.**

Dated this 17th day of June, 2008.

s/ John A. Gorman
John A. Gorman
UNITED STATES MAGISTRATE JUDGE